UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOSEPH RAETANO, individually, | : |
| | : |
| Plaintiff, | : |
| v. | : Case No.: 8:11-cv-02694-JDW-MAP |
| | : |
| SFP OAK RAMBLE, LLC, a foreign limited liability company; SFP OAK RAMBLE II, LLC, a foreign limited liability company, | : |
| | : |
| Defendant. | |

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court or any other Federal or State Court or administrative agency.

By: /s/ Barbra R. Joyner, Esq.
Barbra R. Joyner, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Barbra R. Joyner, Esq.
Law Office of Barbra R. Joyner, P.A.
1470 E. Michigan St.
Orlando, FL  32806
Email:  bjoyneresq@aol.com
Phone: (407) 481-7997
Fax: (407) 481-7986
Florida Bar. Id. No. 141348
By: /s/ Barbra R. Joyner, Esq.
Barbra R. Joyner, Esq.

2