UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOSEPH RAETANO, individually,

        Plaintiff,

v.

SFP OAK RAMBLE, LLC, a foreign limited liability company; SFP OAK RAMBLE II, LLC, a foreign limited liability company,

        Defendants.

_____

Case No.: 8:11-cv-02694-JDW-MAP

## **NOTICE OF SETTLEMENT**

Plaintiff, JOSEPH RAETANO, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: February 14, 2012.

        Respectfully submitted,
        /s/ Barbra R. Joyner, Esq.
        Barbra R. Joyner, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

        Barbra R. Joyner, Esq.
        Law Office of Barbra R. Joyner, P.A.
        1470 E. Michigan St.
        Orlando, FL  32806
        Email:  bjoyneresq@aol.com
        Phone: (407) 481-7997
        Fax: (407) 481-7986
        Florida Bar. Id. No. 141348

        By: /s/ Barbra R. Joyner, Esq.
           Barbra R. Joyner, Esq.